# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

***Case No. 1:08-MJ-06A***

***To:*** ***WARDEN***
***BRISTOL COUNTY HOUSE OF CORRECTIONS***
***NORTH DARTMOUTH, MA***

YOU ARE HEREBY COMMANDED, to have the **body** of **FELIPE ARIAS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:30 o'clock p.m.**, on the **11th** day of **January, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: January 9, 2008.

David A. DiMarzio, Clerk

INITIAL APPEARANCE
****PRETRIAL INTERVIEW NEEDED**
**IN MORNING*****

*by*
***Jeannine Noel - Deputy Clerk***